FILED

11/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0445

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0445

_____

N.B., K.M.B., K.R.B., and K.R.B.,

     Plaintiffs and Appellants,

     v.

MONTANA DEPARTMENT OF PUBLIC          O R D E R
HEALTH AND HUMAN SERVICES, a Montana
State Agency, VALLEY COUNTY, a Montana
county, CYNDI BAILLARGEON, individually
and as a DPHHS employee, and DOES 1-X,

     Defendants and Appellees.

_____

     On October 19, 2022, the mediator for this appeal filed a report stating that the case has settled. Nothing further has been filed.

     Therefore, and pursuant to M. R. App. P. 7(7)(b),

     IT IS ORDERED that this appeal is DISMISSED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 21 2022